**CAMPBELL & COOMBS, P.C.**
1811 South Alma School Road, Suite 225
Mesa, Arizona 85210
Telephone: (480) 839-4828
Facsimile: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| WILLIAM J. NELSON, and THERESA M. NELSON | Case No. 2:07-bk-05615-GBN |
| Debtors. | |
| MERS as bominee for BAC Home Loans Servicing LP, | **RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| vs. | |
| WILLIAM J. NELSON and THERESA M. NELSON, Debtors; and EDWARD J. MANEY, Chapter 13 Trustee, | |
| Respondents. | |

Debtors respond to Movant's Motion for Relief From the Automatic Stay as follows:

Allege that Debtors will become current on their post-petition payments.

WHEREFORE, Debtors pray that Movant's Motion be denied upon Debtors continuing to make their monthly payments to Movant.

RESPECTFULLY SUBMITTED this 15th day of October, 2009.

                CAMPBELL & COOMBS, P.C.


                By:/s/Harold E. Campbell/005160/
                  Harold E. Campbell
                  Attorney for Debtors/Respondents

1  ORIGINAL filed ECF and Copy
   mailed this 15th day of
2  October, 2009, to:

3  Leonard J. McDonald, Esq.
   Tiffany & Bosco, P.A.
4  2525 East Camelback Road
   Third Floor
5  Phoenix, AZ 85016

6  Edward J. Maney
   Chapter 13 Trustee
7  P.O. Box 10434
   Phoenix, AZ 85064

8

9  By: /s/ Kelly Segal